UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE DR. DURRANI                    Judge Timothy S. Black
MEDICAL MALPRACTICE CASES

Case Nos.: **1:16-cv-004 (lead)**, 1:16-cv-005, 1:16-cv-007, 1:16-cv-008, 1:16-cv-009,
1:16-cv-010, 1:16-cv-011, 1:16-cv-012, 1:16-cv-013, 1:16-cv-014, 1:16-cv-015,
1:16-cv-016, 1:16-cv-017, 1:16-cv-018, 1:16-cv-019, 1:16-cv-020, 1:16-cv-021,
1:16-cv-022, 1:16-cv-023, 1:16-cv-024, 1:16-cv-025, 1:16-cv-026, 1:16-cv-027,
1:16-cv-028, 1:16-cv-029, 1:16-cv-030, 1:16-cv-031, 1:16-cv-032, 1:16-cv-033,
1:16-cv-034, 1:16-cv-035, 1:16-cv-036, 1:16-cv-037, 1:16-cv-038, 1:16-cv-039,
1:16-cv-041, 1:16-cv-042, 1:16-cv-043, 1:16-cv-044, 1:16-cv-045, 1:16-cv-046,
1:16-cv-047, 1:16-cv-048, 1:16-cv-049, 1:16-cv-050, 1:16-cv-051, 1:16-cv-052,
1:16-cv-053, 1:16-cv-054, 1:16-cv-055, 1:16-cv-056, 1:16-cv-057, 1:16-cv-058,
1:16-cv-059, 1:16-cv-060, 1:16-cv-061, 1:16-cv-062, 1:16-cv-063, 1:16-cv-064,
1:16-cv-065, 1:16-cv-066, 1:16-cv-067, 1:16-cv-068, 1:16-cv-069, 1:16-cv-070,
1:16-cv-071, 1:16-cv-072, 1:16-cv-073, 1:16-cv-074, 1:16-cv-075, 1:16-cv-076,
1:16-cv-077, 1:16-cv-078, 1:16-cv-079, 1:16-cv-080, 1:16-cv-081, 1:16-cv-082,
1:16-cv-083, 1:16-cv-084, 1:16-cv-085, 1:16-cv-086, 1:16-cv-087, 1:16-cv-088,
1:16-cv-089, 1:16-cv-090, 1:16-cv-091, 1:16-cv-092, 1:16-cv-093, 1:16-cv-094,
1:16-cv-095, 1:16-cv-096, 1:16-cv-097, 1:16-cv-098, 1:16-cv-099, 1:16-cv-100,
1:16-cv-101, 1:16-cv-102, 1:16-cv-103, 1:16-cv-104, 1:16-cv-105, 1:16-cv-106,
1:16-cv-107, 1:16-cv-108, 1:16-cv-109, 1:16-cv-110, 1:16-cv-111, 1:16-cv-112,
1:16-cv-113, 1:16-cv-114, 1:16-cv-115, 1:16-cv-116, 1:16-cv-117, 1:16-cv-118,
1:16-cv-119, 1:16-cv-120, 1:16-cv-121, 1:16-cv-122, 1:16-cv-123, 1:16-cv-124,
1:16-cv-125, 1:16-cv-126, 1:16-cv-127, 1:16-cv-128, 1:16-cv-129, 1:16-cv-130,
1:16-cv-131, 1:16-cv-132, 1:16-cv-133, 1:16-cv-134, 1:16-cv-135, 1:16-cv-136,
1:16-cv-137, 1:16-cv-138, 1:16-cv-139, 1:16-cv-140, 1:16-cv-141, 1:16-cv-142,
1:16-cv-143, 1:16-cv-144, 1:16-cv-145, 1:16-cv-146, 1:16-cv-147, 1:16-cv-148,
1:16-cv-149, 1:16-cv-150, 1:16-cv-151, 1:16-cv-152, 1:16-cv-153, 1:16-cv-154,
1:16-cv-155, 1:16-cv-156, 1:16-cv-157, 1:16-cv-158, 1:16-cv-159, 1:16-cv-160,
1:16-cv-161, 1:16-cv-162, 1:16-cv-163, 1:16-cv-164, 1:16-cv-165, 1:16-cv-166,
1:16-cv-167, 1:16-cv-168, 1:16-cv-169, 1:16-cv-170, 1:16-cv-171, 1:16-cv-172,
1:16-cv-173, 1:16-cv-174, 1:16-cv-175, 1:16-cv-176, 1:16-cv-177, 1:16-cv-178,
1:16-cv-179, 1:16-cv-181, 1:16-cv-182, 1:16-cv-183, 1:16-cv-184, 1:16-cv-185,
1:16-cv-186, 1:16-cv-187, 1:16-cv-188, 1:16-cv-189, 1:16-cv-190, 1:16-cv-192,
1:16-cv-193, 1:16-cv-194, 1:16-cv-195, 1:16-cv-196, 1:16-cv-197, 1:16-cv-198,
1:16-cv-199, 1:16-cv-200, 1:16-cv-202, 1:16-cv-203, 1:16-cv-205, 1:16-cv-206,
1:16-cv-207, 1:16-cv-208, 1:16-cv-209, 1:16-cv-210, 1:16-cv-211, 1:16-cv-212,
1:16-cv-213, 1:16-cv-214, 1:16-cv-215, 1:16-cv-216, 1:16-cv-217, 1:16-cv-218,
1:16-cv-219, 1:16-cv-220, 1:16-cv-221, 1:16-cv-222, 1:16-cv-223, 1:16-cv-224,
1:16-cv-225, 1:16-cv-226, 1:16-cv-227, 1:16-cv-228, 1:16-cv-229, 1:16-cv-230,
1:16-cv-231, 1:16-cv-261, 1:16-cv-262, 1:16-cv-263, 1:16-cv-264, 1:16-cv-282,

## JUDGMENT IN A CIVIL CASE

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[ x ]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the civil actions listed in the caption above are **REMANDED** to the state court from which they were removed; and the cases are **TERMINATED** on the dockets of this Court.

Date: 9/28/2016                                              **RICHARD W. NAGEL, CLERK**

                                                                                   By: */s/ M. Rogers*
                                                                                    Deputy Clerk